IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-00861-LTB-MJW

AL-NOOR-RAMJI,

Plaintiff(s),

v.

QWEST COMMUNICATIONS CORPORATION, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Plaintiff's and Defendants' Motion for Entry of Stipulated Protective Order (docket no. 24) is GRANTED. The written Protective Order dated November 1, 2004, is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: November 1, 2005