**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00861-LTB-MJW

AL-NOOR RAMJI,
        Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION,
QWEST COMMUNICATIONS INTERNATIONAL, INC., and
QWEST SERVICES CORP.,
        Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal with Prejudice (Doc 40 - filed March 3, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:


                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED: March 6, 2006